BENJAMIN B. WAGNER
United States Attorney
JORGE R. MARTINEZ
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4310 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  5:15-cr-00011-JLT |
|---|---|---|
| Plaintiff, | ) | GOVERNMENT'S MOTION AND PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| JONATHAN GARCIA, | ) | |
| Defendant. | ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Jorge R. Martinez, Special Assistant United States Attorney, hereby moves to dismiss Case Number 5:15-cr-00011-JLT against Defendant Jonathan Garcia, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure

Dated: January 22, 2016

Respectfully Submitted,
Benjamin B. Wagner
United States Attorney

By: /s/ Jorge R. Martinez

JORGE R. MARTINEZ
Special Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that Case Number 5:15-cr-00011-JLT against Defendant Jonathan Garcia be dismissed, without prejudice, in the interest of justice.

Dated: January 25, 2016

*Jennifer L. Thurston*
HON. JENNIFER L. THURSTON
United States Magistrate Judge